UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Caption in Compliance with D.N.J. LBR 9004-2(c)

GARY C. ZEITZ, L.L.C.
LINDA S. FOSSI, ESQUIRE (LF 1720)
1101 Laurel Oak Road, Suite 170
Voorhees, New Jersey 08043
(856) 857-1222
*Attorneys for Creditor,*
*US BANK CUST FOR PC6 LLC STERLING NATL*

Order Filed on July 9, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

GAIL EDISON A/K/A GAIL DAVIS

Case No.: 19-19141/ABA

Chapter: Thirteen

Judge: Andrew B. Altenburg, Jr.

## ORDER RESOLVING OBJECTION TO CONFIRMATION

The relief set forth on the following page, numbered two (2) through two (2) is hereby **ORDERED**.

**DATED: July 9, 2019**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

THIS MATTER having come before the Court upon the filing of Debtor's Chapter 13 Plan and the Objection to Confirmation of the Plan and Rejection of Plan by US Bank Cust for PC6 LLC Sterling Natl ("Creditor"); and

IT APPEARING that Debtor and Creditor wish to resolve this matter;

IT IS ORDERED that Debtor shall pay Creditor's Proof of Claim in full, as filed, through the Chapter 13 Plan; and

IT IS FURTHER ORDERED that the Chapter 13 Trustee is authorized to make payments to Creditor in accordance with the confirmed Chapter 13 plan, to the extent Debtor makes his plan payments to the Chapter 13 Trustee.