UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Caption in Compliance with D.N.J. LBR 9004-2(c)

GARY C. ZEITZ, L.L.C.
LINDA S. FOSSI, ESQUIRE (LF 1720)
1101 Laurel Oak Road, Suite 170
Voorhees, New Jersey 08043
(856) 857-1222
*Attorneys for Creditor,*
US BANK CUST FOR PC6 LLC STERLING NATL

Order Filed on July 9, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

GAIL EDISON A/K/A GAIL DAVIS

Case No.: 19-19141/ABA

Chapter: Thirteen

Judge: Andrew B. Altenburg, Jr.

## ORDER RESOLVING OBJECTION TO CONFIRMATION

The relief set forth on the following page, numbered two (2) through two (2) is hereby **ORDERED**.

DATED: July 9, 2019

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

THIS MATTER having come before the Court upon the filing of Debtor's Chapter 13 Plan and the Objection to Confirmation of the Plan and Rejection of Plan by US Bank Cust for PC6 LLC Sterling Natl ("Creditor"); and

IT APPEARING that Debtor and Creditor wish to resolve this matter;

IT IS ORDERED that Debtor shall pay Creditor's Proof of Claim in full, as filed, through the Chapter 13 Plan; and

IT IS FURTHER ORDERED that the Chapter 13 Trustee is authorized to make payments to Creditor in accordance with the confirmed Chapter 13 plan, to the extent Debtor makes his plan payments to the Chapter 13 Trustee.

United States Bankruptcy Court
District of New Jersey

In re:                                                               Case No. 19-19141-ABA
Gail Edison                                                          Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin               Page 1 of 1              Date Rcvd: Jul 09, 2019
                              Form ID: pdf903           Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 11, 2019.
db             Gail Edison,    38 Fox Meadow Dr,    Sicklerville, NJ  08081-1140

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                    TOTAL: 0

     ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                    TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 11, 2019                               Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 9, 2019 at the address(es) listed below:
      Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com, summarymail@standingtrustee.com
      Isabel C. Balboa    ecfmail@standingtrustee.com, summarymail@standingtrustee.com
      Linda S. Fossi    on behalf of Creditor    US Bank Cust for PC6 LLC Sterling Natl lfossi@zeitzlawfirm.com, gzeitz@zeitzlawfirm.com;cdillon@zeitzlawfirm.com;rzeitz@zeitzlawfirm.com
      Rebecca Ann Solarz    on behalf of Creditor    U.S. Bank National Association, as Trustee, in trust on behalf of J.P. Morgan Mortgage Acquisition Trust 2006-CW2. rsolarz@kmllawgroup.com
      Tamika Nicole Wyche    on behalf of Debtor Gail  Edison daviddanielslaw@gmail.com, G30609@notify.cincompass.com
      U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                                                                                                                                                       TOTAL: 6