| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>*Caption in Compliance with D.N.J. LBR 9004-2(c)*<br><br>GARY C. ZEITZ, L.L.C.<br>LINDA S. FOSSI, ESQUIRE (LF 1720)<br>ROBIN LONDON-ZEITZ, ESQUIRE (RZ 2933)<br>1101 Laurel Oak Road, Suite 170<br>Voorhees, New Jersey 08043<br>(856) 857-1222<br>*Attorneys for Creditor,*<br>*US BANK CUST FOR PC6 LLC STERLING NATL* | Order Filed on March 16, 2020<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>GAIL EDISON A/K/A GAIL DAVIS | Case No.: 19-19141/ABA<br><br>Chapter 13<br><br>Hearing Date: March 17, 2020 @ 10:00 a.m.<br><br>Judge: Andrew J. Altenburg, Jr. |

### ORDER RESOLVING MOTION FOR RELIEF FROM AUTOMATIC STAY

The relief set forth on the following page, numbered two (2) through three (3) is hereby **ORDERED**.

**DATED: March 16, 2020**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

THIS MATTER having come before the Court upon the motion of US BANK CUST FOR PC6 LLC STERLING NATL ("Creditor") requesting the entry of an Order for relief from the automatic stay to proceed with a foreclosure proceeding against Gail Edison a/k/a Gail Davis (the "Debtor"), and the following appearances having been entered, Linda S. Fossi, Esquire, Gary C. Zeitz, L.L.C. attorneys for Creditor and Tamika Nicole Wyche, Esquire, Law Office of David Paul Daniels, attorneys for the Debtor; and

IT APPEARING that Creditor is the holder of certain tax lien(s) (the "Tax Lien") secured by the Debtor's real estate located at 207 Ava Ave, Somerdale, New Jersey, Block 128.05, Lot 8 (the "Property"); and

IT FURTHER APPEARING that Creditor filed a motion (the "Motion") for relief from the automatic stay to foreclose the Tax Lien; and

IT FURTHER APPEARING that the Debtor and Creditor now seek to resolve this matter; and the parties having agreed to the form and entry of this Order,

IT IS ORDERED as follows:

1. By March 31, 2020, the Debtor shall pay all outstanding post-petition taxes owing to Somerdale on account of the Property except to the extent that Creditor has already paid said post-petition taxes.

2. By April 30, 2020 the Debtor shall pay all outstanding payments owed to the Chapter 13 Trustee.

3. In the event the Debtor fails to make any of the post-petition payments required to be made to Somerdale on account of the Property or fails to make any payments under the

Chapter 13 plan, within thirty (30) days of the due date, then Creditor shall be entitled to relief from the automatic stay pursuant to 11 U.S.C. §362(d). Said relief shall be granted upon application of Creditor, with fourteen (14) days notice to the Debtor and Debtor's counsel, setting forth the default in question.

4.  Creditor is granted an administrative claim, which will be paid through the Debtor's Chapter 13 plan, in the amount of $500.00 on account of the legal fees and costs incurred in the prosecution of its relief from stay motion.