UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-2(c)

**GARY C. ZEITZ, L.L.C.**
LINDA S. FOSSI, ESQUIRE (LF 1720)
ROBIN LONDON-ZEITZ, ESQUIRE (RZ 2933)
1101 Laurel Oak Road, Suite 170
Voorhees, New Jersey 08043
(856) 857-1222
*Attorneys for Creditor,*
*US BANK CUST FOR PC6 LLC STERLING NATL*

Order Filed on March 16, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

GAIL EDISON A/K/A GAIL DAVIS

Case No.: 19-19141/ABA

Chapter 13

Hearing Date: March 17, 2020 @ 10:00 a.m.

Judge: Andrew J. Altenburg, Jr.

## ORDER RESOLVING MOTION FOR RELIEF FROM AUTOMATIC STAY

The relief set forth on the following page, numbered two (2) through three (3) is hereby **ORDERED**.

**DATED: March 16, 2020**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

THIS MATTER having come before the Court upon the motion of US BANK CUST FOR PC6 LLC STERLING NATL ("Creditor") requesting the entry of an Order for relief from the automatic stay to proceed with a foreclosure proceeding against Gail Edison a/k/a Gail Davis (the "Debtor"), and the following appearances having been entered, Linda S. Fossi, Esquire, Gary C. Zeitz, L.L.C. attorneys for Creditor and Tamika Nicole Wyche, Esquire, Law Office of David Paul Daniels, attorneys for the Debtor; and

IT APPEARING that Creditor is the holder of certain tax lien(s) (the "Tax Lien") secured by the Debtor's real estate located at 207 Ava Ave, Somerdale, New Jersey, Block 128.05, Lot 8 (the "Property"); and

IT FURTHER APPEARING that Creditor filed a motion (the "Motion") for relief from the automatic stay to foreclose the Tax Lien; and

IT FURTHER APPEARING that the Debtor and Creditor now seek to resolve this matter; and the parties having agreed to the form and entry of this Order,

IT IS ORDERED as follows:

1.  By March 31, 2020, the Debtor shall pay all outstanding post-petition taxes owing to Somerdale on account of the Property except to the extent that Creditor has already paid said post-petition taxes.

2.  By April 30, 2020 the Debtor shall pay all outstanding payments owed to the Chapter 13 Trustee.

3.  In the event the Debtor fails to make any of the post-petition payments required to be made to Somerdale on account of the Property or fails to make any payments under the

Chapter 13 plan, within thirty (30) days of the due date, then Creditor shall be entitled to relief from the automatic stay pursuant to 11 U.S.C. §362(d). Said relief shall be granted upon application of Creditor, with fourteen (14) days notice to the Debtor and Debtor's counsel, setting forth the default in question.

4. Creditor is granted an administrative claim, which will be paid through the Debtor's Chapter 13 plan, in the amount of $500.00 on account of the legal fees and costs incurred in the prosecution of its relief from stay motion.

United States Bankruptcy Court
District of New Jersey

In re:                                                              Case No. 19-19141-ABA
Gail Edison                                                         Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1        User: admin            Page 1 of 1             Date Rcvd: Mar 16, 2020
                            Form ID: pdf903        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 18, 2020.
db        Gail Edison,   38 Fox Meadow Dr,   Sicklerville, NJ  08081-1140

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                        TOTAL: 0

      ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 18, 2020                                  Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 16, 2020 at the address(es) listed below:
      Denise E. Carlon   on behalf of Creditor   U.S. Bank National Association, as Trustee, in trust on behalf of J.P. Morgan Mortgage Acquisition Trust 2006-CW2. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
      Isabel C. Balboa   on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com, summarymail@standingtrustee.com
      Isabel C. Balboa   ecfmail@standingtrustee.com, summarymail@standingtrustee.com
      Linda S. Fossi   on behalf of Creditor   US Bank Cust for PC6 LLC Sterling Natl lfossi@zeitzlawfirm.com, gzeitz@zeitzlawfirm.com;cdillon@zeitzlawfirm.com;rzeitz@zeitzlawfirm.com
      Rebecca Ann Solarz   on behalf of Creditor   U.S. Bank National Association, as Trustee, in trust on behalf of J.P. Morgan Mortgage Acquisition Trust 2006-CW2. rsolarz@kmllawgroup.com
      Tamika Nicole Wyche   on behalf of Debtor Gail  Edison daviddanielslaw@gmail.com, G30609@notify.cincompass.com
      U.S. Trustee   USTPRegion03.NE.ECF@usdoj.gov
                                                                                                                                     TOTAL: 7