|  |  |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br><br>*OFFICE OF THE CHAPTER 13 STANDING TRUSTEE*<br>**Isabel C. Balboa, Esquire (IB 4082)**<br>**Cherry Tree Corporate Center**<br>**535 Route 38, Suite 580**<br>**Cherry Hill, New Jersey 08002**<br>**(856) 663-5002** |  |
| In Re:<br><br>**GAIL EDISON**<br><br>Debtor (s)' | Case No.   19-19141   (ABA)<br><br>Judge:   Andrew B. Altenburg, Jr.<br><br>**STIPULATION ADJUSTING<br>TRUSTEE PAYMENTS** |

**WHEREAS,** a review of Debtor's case by the Chapter 13 Standing Trustee's Office revealed that Debtor's monthly Trustee payments should be recalculated and good cause having been shown, and

**WHEREAS,** the Trustee and Debtor's counsel have agreed to resolve the adjustment in Trustee payments by this Stipulation;

**NOW THEREFORE,** the Trustee and counsel for Debtor hereby agree as follow:

1.    Debtor's case be and is hereby allowed to continue at $10,110.00 total receipts applied to plan, then $1,348.00 per month for the remaining fifty (50) months commencing April 1, 2020, for a total of sixty (60) months.

**IT IS STIPULATED** that all other terms set forth in the Order Confirming Plan entered on September 11, 2019 remain in effect.

_____
Tamika N. Wyche, Esquire
Attorney for Debtor

Dated: 3/20/20

_____
Isabel C. Balboa
Chapter 13 Standing Trustee

Dated: 3/25/2020