UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Tamika N. Wyche, Esquire**
**LAW OFFICES OF DAVID PAUL DANIELS, LLC**
**2985 YORKSHIP SQUARE, SUITE 1A**
**CAMDEN, NEW JERSEY 08104**
**(856) 338-0411**
TNW 006502006

Order Filed on December 17, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re: GAIL EDISON

Case No.: 19-19141-ABA

Adv. No.:

Hearing Date:

Judge: HON. ANDREW B. ALTENBURG

ORDER ALLOWING ATTORNEY FEES

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED**.

**DATED: December 17, 2020**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

Debtor: GAL EDISON

Case No: 19-19141

Caption of Order: ORDER ALLOWING ATTORNEY FEES

---

THIS MATTER having been opened to the Court by Tamika N. Wyche, Esquire of the Law Offices of David Paul Daniels, LLC, Attorney for Debtor on Application for Allowance of Attorney fees to Attorney for Debtor; and the Court after reviewing said Application; and for good cause having been shown;

IT IS HEREBY ORDERED that the Law Offices of David Paul Daniels, LLC, is allowed the sum of $670.00 for their fees and costs of which $0.00 has already been received by the Attorney and of which there is a balance of $670.00;

IT IS FURTHER ORDERED that the Attorney fee shall be paid through the Plan as a priority administrative claim, pursuant to Chapter 503(b) and 507(a)(1);

IT IS FURTHER ORDERED the Debtor's monthly plan is modified to a payment of $1,366.00 per month for the remaining 41 months to allow for payment of the aforesaid fee, beginning, January 1, 2021.