Printed on: 12/31/2020  
ISABEL C. BALBOA [*ICB-99001-00*]

Page 1 of 2

# IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEW JERSEY

## TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS
For the period of 01/01/2020 to 12/31/2020  
**Case Number: 19-19141 (ABA)**

Gail Edison  
38 Fox Meadow Drive  
Sicklerville, NJ  08081-1140

Monthly Payment: $1,348.00  
Payments / Month: 1  
Current Trustee Comp.: 8.40%

**The following are receipts posted in this case within the above dates:**

| Date | Amount | Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|---|---|
| 01/28/2020 | $3,597.00 | 03/02/2020 | $1,199.00 | 04/01/2020 | $1,199.00 | 05/18/2020 | $1,348.00 |
| 06/05/2020 | $1,348.00 | 07/10/2020 | $1,348.00 | 08/07/2020 | $1,348.00 | 09/15/2020 | $1,348.00 |
| 10/15/2020 | $1,348.00 | 11/16/2020 | $1,348.00 | 12/03/2020 | $1,348.00 | | |

**The following are the creditors who are set up to be paid through this plan:**

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 0 | GAIL EDISON | 5 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0 | TAMIKA N. WYCHE, ESQUIRE | 13 | $4,460.00 | $4,460.00 | $0.00 | $4,460.00 |
| 0 | TAMIKA N. WYCHE, ESQUIRE | 13 | $670.00 | $0.00 | $670.00 | $0.00 |
| 1 | BOROUGH OF SOMERDALE | 24 | $0.00 | $0.00 | $0.00 | $0.00 |
| 2 | CAMDEN COUNTY MUA | 24 | $1,354.20 | $299.90 | $1,054.30 | $9.08 |
| 3 | JEFFERSON CAPITAL SYSTEMS, LLC | 24 | $331.30 | $73.38 | $257.92 | $2.22 |
| 4 | GLOUCESTER TOWNSHIP | 24 | $116.30 | $25.73 | $90.57 | $0.78 |
| 5 | DEPARTMENT OF THE TREASURY | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 6 | PRO CAP 6, LLC STERLING | 24 | $0.00 | $0.00 | $0.00 | $0.00 |
| 7 | SELECT PORTFOLIO SERVICING, INC. | 24 | $14,932.89 | $3,307.26 | $11,625.63 | $100.08 |
| 8 | STATE OF NEW JERSEY HESAA | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 9 | TERRESTRIA HOMEOWNERS ASSOCIATION, INC. | 24 | $5,200.00 | $0.00 | $5,200.00 | $0.00 |
| 10 | U.S. TRUSTEE | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 11 | ISABEL C. BALBOA | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 12 | TAMIKA NICOLE WYCHE | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 13 | DEPARTMENT OF THE TREASURY | 28 | $1,139.00 | $0.00 | $1,139.00 | $0.00 |
| 14 | U.S. BANK CUST PC6, LLC STERLING | 24 | $41,906.48 | $9,281.17 | $32,625.31 | $280.85 |
| 15 | US BANK CUST FOR PC6 LLC STERLING NATL | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 16 | US BANK CUST FOR PC6 LLC STERLING NATL | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 17 | U.S. BANK CUST PC6, LLC STERLING | 13 | $500.00 | $500.00 | $0.00 | $0.00 |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**

**Case Steps**

| Start Date | No. Months | Payment |
|---|---:|---:|
| 06/01/2019 | 9.00 | $0.00 |
| 03/01/2020 | Paid to Date | $10,110.00 |
| 04/01/2020 | 9.00 | $1,348.00 |
| 01/01/2021 | 41.00 | $1,366.00 |
| 06/01/2024 | Projected end of plan | |

| | |
|---|---|
| Total payments received this period: | $16,779.00 |
| Total paid to creditors this period: | $4,853.01 |
| Undistributed Funds on Hand: | $2,386.42 |
| Arrearages: | $149.00 |
| Attorney: | TAMIKA N. WYCHE, ESQUIRE |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**