Form 226 – 3004claimntc.jsp

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

                                  Case No.: 19−19141−ABA
                                  Chapter:  13
                                  Judge:  Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Gail Edison
   aka Gail Davis, aka Gail T. Edison
   38 Fox Meadow Dr
   Sicklerville, NJ 08081−1140

Social Security No.:
   xxx−xx−6392

Employer's Tax I.D. No.:

---

### Notice of Filing of Proof of Claim Pursuant to Fed.R.Bank.P. 3004

     Please be advised that Gail Edison the Debtor in the above captioned case filed a proof of claim on behalf of the following creditor(s) on 7/6/2021.

Terrestria HOA
2 Fox Meadow Dr
Sicklerville, NJ 08081−1140


Dated: July 7, 2021
JAN: lgr

                                                                                                          Jeanne Naughton
                                                                                                          Clerk