**Order Filed on September 2, 2021
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

**GARY C. ZEITZ, L.L.C.**
LINDA S. FOSSI, ESQUIRE (LF 1720)
ROBIN LONDON-ZEITZ, ESQUIRE (RZ 2933)
1101 Laurel Oak Road, Suite 170
Voorhees, New Jersey 08043
(856) 857-1222
*Attorneys for Creditor,*
*US BANK CUST FOR PC6 LLC STERLING NATL*

---

In Re:

GAIL EDISON A/K/A GAIL DAVIS

          Debtor

**Case No.: 19-19141/ABA**

**Hearing Date:**

**Judge: Andrew B. Altenburg, Jr.**

**ORDER**

The relief set forth on the following page, numbered two (2) through three (3) is hereby **ORDERED**.

**DATED: September 2, 2021**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

THIS MATTER having come before the Court upon the certification of default of US

BANK CUST FOR PC6 LLC STERLING NATL ("Creditor") requesting the entry of an Order

for relief from the automatic stay to proceed with a foreclosure proceeding against Gail Edison

a/k/a Gail Davis (the "Debtor"), and the following appearances having been entered, Linda S.

Fossi, Esquire, Gary C. Zeitz, L.L.C. attorneys for Creditor and Tamika Nicole Wyche, Esquire,

attorney for the Debtor; and

IT APPEARING that Creditor is the holder of certain tax lien(s) (the "Tax Lien") secured

by the Debtor's real estate located at 207 Ava Avenue, Somerdale, New Jersey, Block 128.05,

Lot 8 (the "Property"); and

IT FURTHER APPEARING that Creditor filed a motion (the "Motion") for relief from

the automatic stay to foreclose the Tax Lien on February 21, 2020, resulting in the entry of an

Order resolving the Motion on March 16, 2020; and

IT FURTHER APPEARING that Creditor filed a certification of default with respect to

the March 16, 2020 Order; and the Debtor filed opposition thereto; and the parties having agreed

to the form and entry of this Order,

IT IS ORDERED as follows:

1.      Within ten (10) days of the entry of this Order, the Debtor shall pay all

outstanding post-petition taxes owing to Somerdale on account of the Property except to the

extent that Creditor has already paid said post-petition taxes.

2.       In the event the Debtor fails to make any of the  post-petition payments required

to be made to Somerdale on account of the Property or fails to make any payments under their

Chapter 13 plan, within thirty (30) days of their due date, then Creditor shall be entitled to relief

from the automatic stay pursuant to 11 U.S.C. §362(d). Said relief shall be granted upon

application of Creditor, with fourteen (14) days notice to the Debtors and Debtors' counsel,

setting forth the default in question.

       3.      Creditor is granted an administrative claim, which will be paid through the

Debtor's Chapter 13 plan, in the amount of $350.00 on account of the legal fees and costs

incurred in the prosecution of its certification of default.