UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

**GARY C. ZEITZ, L.L.C.**
LINDA S. FOSSI, ESQUIRE (LF 1720)
ROBIN LONDON-ZEITZ, ESQUIRE (RZ 2933)
1101 Laurel Oak Road, Suite 170
Voorhees, New Jersey 08043
(856) 857-1222
*Attorneys for Creditor,*
US BANK CUST FOR PC6 LLC STERLING NATL

Order Filed on September 2, 2021
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

GAIL EDISON A/K/A GAIL DAVIS

        Debtor

Case No.: 19-19141/ABA

Hearing Date:

Judge: Andrew B. Altenburg, Jr.

**ORDER**

The relief set forth on the following page, numbered two (2) through three (3) is hereby **ORDERED**.

**DATED: September 2, 2021**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

THIS MATTER having come before the Court upon the certification of default of US BANK CUST FOR PC6 LLC STERLING NATL ("Creditor") requesting the entry of an Order for relief from the automatic stay to proceed with a foreclosure proceeding against Gail Edison a/k/a Gail Davis (the "Debtor"), and the following appearances having been entered, Linda S. Fossi, Esquire, Gary C. Zeitz, L.L.C. attorneys for Creditor and Tamika Nicole Wyche, Esquire, attorney for the Debtor; and

IT APPEARING that Creditor is the holder of certain tax lien(s) (the "Tax Lien") secured by the Debtor's real estate located at 207 Ava Avenue, Somerdale, New Jersey, Block 128.05, Lot 8 (the "Property"); and

IT FURTHER APPEARING that Creditor filed a motion (the "Motion") for relief from the automatic stay to foreclose the Tax Lien on February 21, 2020, resulting in the entry of an Order resolving the Motion on March 16, 2020; and

IT FURTHER APPEARING that Creditor filed a certification of default with respect to the March 16, 2020 Order; and the Debtor filed opposition thereto; and the parties having agreed to the form and entry of this Order,

IT IS ORDERED as follows:

1. Within ten (10) days of the entry of this Order, the Debtor shall pay all outstanding post-petition taxes owing to Somerdale on account of the Property except to the extent that Creditor has already paid said post-petition taxes.

2. In the event the Debtor fails to make any of the post-petition payments required to be made to Somerdale on account of the Property or fails to make any payments under their

2

Chapter 13 plan, within thirty (30) days of their due date, then Creditor shall be entitled to relief from the automatic stay pursuant to 11 U.S.C. §362(d). Said relief shall be granted upon application of Creditor, with fourteen (14) days notice to the Debtors and Debtors' counsel, setting forth the default in question.

      3.      Creditor is granted an administrative claim, which will be paid through the Debtor's Chapter 13 plan, in the amount of $350.00 on account of the legal fees and costs incurred in the prosecution of its certification of default.

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 19-19141-ABA |
| Gail Edison | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 1 of 2 |
| Date Rcvd: Sep 02, 2021 | Form ID: pdf903 | Total Noticed: 1 |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 04, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | Gail Edison, 38 Fox Meadow Dr, Sicklerville, NJ 08081-1140 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 04, 2021         Signature:    /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 2, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor U.S. Bank National Association as Trustee, in trust on behalf of J.P. Morgan Mortgage Acquisition Trust 2006-CW2. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Isabel C. Balboa | on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| Isabel C. Balboa | ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| Linda S. Fossi | on behalf of Creditor US Bank Cust for PC6 LLC Sterling Natl lfossi@zeitzlawfirm.com gzeitz@zeitzlawfirm.com;cdillon@zeitzlawfirm.com;rzeitz@zeitzlawfirm.com |
| Rebecca Ann Solarz | on behalf of Creditor U.S. Bank National Association as Trustee, in trust on behalf of J.P. Morgan Mortgage Acquisition Trust 2006-CW2. rsolarz@kmllawgroup.com |
| Tamika Nicole Wyche | on behalf of Debtor Gail Edison daviddanielslaw@gmail.com G30609@notify.cincompass.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

District/off: 0312-1 User: admin Page 2 of 2
Date Rcvd: Sep 02, 2021 Form ID: pdf903 Total Noticed: 1
TOTAL: 7