```
UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
_____
Caption in Compliance with D.N.J. LBR 9004-1(b)

Shannon Burrini, Esq.
Pro Capital, LLC
2500 McClellan Ave, Suite 200
Pennsauken, NJ 08109
Tel. 856-528-0467
shannonb@procapllc.com
Attorney for Creditor, US Bank Cust for PC6 Sterling Natl
```

| | |
|---|---|
| In Re: | Case No.:  19-19141-ABA |
| Gail Edison aka Gail Davis | Chapter:  13 |
| | Judge:  Andrew B. Altenburg, Jr. |

### NOTICE OF SUBSTITUTION OF ATTORNEY

Under D.N.J. LBR 9010-2, the undersigned notifies the Court that Shannon Burrini, Esq. will be substituted as attorney of record for US Bank Cust for PC6 Sterling Natl , Creditor in this case.[1]

Date: 12/13/21    _____
Signature of Former Attorney

Date: 12/14/21    _____
Signature of Substituted Attorney[2]

---

[1] The client's name and role in the case must be clearly stated. For example, ABC Company, creditor, or John Smith, debtor.

[2] Under D.N.J. LBR 9010-2(b), unless another attorney is substituted, an attorney may not withdraw an appearance except by motion.