Form 173 – hrggeneral

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 19–19141–ABA
Chapter: 13
Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
　Gail Edison
　aka Gail Davis, aka Gail T. Edison
　38 Fox Meadow Dr
　Sicklerville, NJ 08081–1140

Social Security No.:
　xxx–xx–6392

Employer's Tax I.D. No.:

## NOTICE OF HEARING

　　NOTICE IS HEREBY GIVEN that a hearing in said cause shall be held before the Honorable Andrew B. Altenburg Jr. on

Date:　　　　June 28, 2022
Time:　　　　　　　10:00 AM
Location:　　　Courtroom 4B, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101–2067

to consider and act upon the following:

*69* – Certification In Objection to (related document:67 Creditor's Certification of Default (related document:33 Motion for Relief from Stay re: 207 Ava Avenue, Somerdale, NJ. Fee Amount $ 181. filed by Creditor US Bank Cust for PC6 LLC Sterling Natl) filed by Shannon Burrini on behalf of US Bank Cust for PC6 LLC Sterling Natl. Objection deadline is 06/7/2022. (Attachments: # 1 Exhibit Exhibit A # 2 Exhibit Exhibit B # 3 Proposed Order # 4 Certificate of Service) filed by Creditor US Bank Cust for PC6 LLC Sterling Natl) filed by Tamika Nicole Wyche on behalf of Gail Edison. (Attachments: # 1 Proof of Payment) (Wyche, Tamika)

and transact such other business as may properly come before the meeting.

Dated: June 6, 2022
JAN: eag

　　　　　　　　　　　　　　　　　　　　　　　　　Jeanne Naughton
　　　　　　　　　　　　　　　　　　　　　　　　　Clerk