Form 137 − aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 19−19141−ABA
Chapter: 13
Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Gail Edison
   aka Gail Davis, aka Gail T. Edison
   38 Fox Meadow Dr
   Sicklerville, NJ 08081−1140

Social Security No.:
   xxx−xx−6392

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

   NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Andrew B. Altenburg Jr. on:

Date:       9/22/22
Time:       02:00 PM
Location:   Courtroom 4B, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

for the purpose of acting on applications for compensation. Attendance by debtor(s) or creditors is welcome, but not required.

   The following applications for compensation have been filed:

APPLICANT(S)
Tamika Nicole Wyche, Debtor's Attorney, period: 4/9/2021 to 7/7/2022.

COMMISSION OR FEES
fee: $1,300.00.

EXPENSES
expenses: $0.00.

If this is a chapter 13 case, the fees and expenses awarded:

   ☑   will not reduce the amount to be paid to general unsecured
       creditors under the plan.

   ☐   will reduce the amount to be paid to general unsecured
       creditors under the plan as follows:

Debtor(s) or other parties who wish to object must file an objection not later than 7 days prior to the hearing date. Objections must be filed with the Court and served on the applicant and other interested parties.

   An appearance is not required on an application for compensation unless an objection is filed.

Dated: August 24, 2022
JAN:

                                                Jeanne Naughton
                                                Clerk

United States Bankruptcy Court
District of New Jersey

In re:  Case No. 19-19141-ABA
Gail Edison  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1     User: admin     Page 1 of 2
Date Rcvd: Aug 24, 2022     Form ID: 137     Total Noticed: 17

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 26, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Gail Edison, 38 Fox Meadow Dr, Sicklerville, NJ 08081-1140 |
| 518226919 | | Borough of Somerdale, 105 Kennedy Blvd, Somerdale, NJ 08083-1018 |
| 518226920 | + | CCMUA, 1645 Ferry Ave, Camden, NJ 08104-1360 |
| 518481727 | + | Gloucester Township Municipal, Utilities Authority, Leonard J Wood Esquire, 1250 Chews Landing Road, Laurel Springs NJ 08021-2816 |
| 518226924 | | Pro Cap 6, LLC Sterling, c/o Gary Zeitz, LLC, 1101 Laurel Oak Rd Ste 170, Voorhees, NJ 08043-4381 |
| 518226926 | | State of N J Higher Education, PO Box 548, Trenton, NJ 08625-0548 |
| 518226927 | | Terrestria HOA, 2 Fox Meadow Dr, Sicklerville, NJ 08081-1140 |
| 518252023 | + | US Bank Cust for PC6 LLC Sterling Natl, Attn Gary C. Zeitz, Esq., 1101 Laurel Oak Road, Suite 170, Voorhees, NJ 08043-4381 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Aug 24 2022 20:58:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Aug 24 2022 20:58:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 518226921 | | Email/Text: bankruptcy@consumerportfolio.com | Aug 24 2022 20:58:00 | Consumer Portfolio Services, PO Box 57071, Irvine, CA 92619-7071 |
| 518226922 | + | Email/Text: tlynch@gtmua.com | Aug 24 2022 20:58:00 | Gloucester Township MUA, PO Box 216, Glendora, NJ 08029-0216 |
| 518226923 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Aug 24 2022 20:57:00 | IRS, PO Box 7346, Philadelphia, PA 19101-7346 |
| 518381381 | | Email/Text: JCAP_BNC_Notices@jcap.com | Aug 24 2022 20:58:00 | JEFFERSON CAPITAL SYSTEMS LLC, PO Box 7999, St Cloud MN 56302 |
| 518381382 | | Email/Text: JCAP_BNC_Notices@jcap.com | Aug 24 2022 20:58:00 | JEFFERSON CAPITAL SYSTEMS LLC, PO Box 7999, St Cloud MN 56302, JEFFERSON CAPITAL SYSTEMS LLC, PO Box 7999, St Cloud MN 56302 |
| 518226925 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Aug 24 2022 20:58:00 | Select Portfolio Servicing, Inc., PO Box 65250, Salt Lake City, UT 84165-0250 |
| 518349945 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Aug 24 2022 20:58:00 | U.S. Bank National Association, as Trustee Et Al.., c/o Select Portfolio Servicing, P.O. Box 65250, Salt Lake City, UT 84165-0250 |

TOTAL: 9

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

District/off: 0312-1 | User: admin | Page 2 of 2
Date Rcvd: Aug 24, 2022 | Form ID: 137 | Total Noticed: 17

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 26, 2022        Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 23, 2022 at the address(es) listed below:**

**Name** | **Email Address**

Denise E. Carlon
on behalf of Creditor U.S. Bank National Association as Trustee, in trust on behalf of J.P. Morgan Mortgage Acquisition Trust 2006-CW2. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

Isabel C. Balboa
on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com summarymail@standingtrustee.com

Isabel C. Balboa
ecfmail@standingtrustee.com summarymail@standingtrustee.com

Rebecca Ann Solarz
on behalf of Creditor U.S. Bank National Association as Trustee, in trust on behalf of J.P. Morgan Mortgage Acquisition Trust 2006-CW2. rsolarz@kmllawgroup.com

Shannon Burrini
on behalf of Creditor US Bank Cust for PC6 LLC Sterling Natl shannonb@procapllc.onmicrosoft.com

Tamika Nicole Wyche
on behalf of Debtor Gail Edison daviddanielslaw@gmail.com G30609@notify.cincompass.com

U.S. Trustee
USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 7