B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT

District of New Jersey

In re  Gail Edison a/k/a Gail Davis  ,                    Case No.  19-19141/ABA

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| PC 6, LLC | US Bank Cust for PC6, LLC Sterling Natl |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:
  c/o Gary C. Zeitz, LLC, 1101 Laurel Oak Road, Suite 170, Voorhees, NJ 08043

Court Claim # (if known):  3
Amount of Claim:  $41,906.48
Date Claim Filed:  05/17/2019

Phone:  856-857-1222
Last Four Digits of Acct #: _____

Phone:  856-857-1222
Last Four Digits of Acct. #: _____

Name and Address where transferee payments should be sent (if different from above):
  2500 McClellan Avenue, Suite 200
  Pennsauken, NJ 08109

Phone:  856-857-1222
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ Gary C. Zeitz                              Date:  04/25/2023
       Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.