Form 173 – hrggeneral

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

        Case No.: 19−19141−ABA
        Chapter: 13
        Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Gail Edison
   aka Gail Davis, aka Gail T. Edison
   38 Fox Meadow Dr
   Sicklerville, NJ 08081−1140

Social Security No.:
   xxx−xx−6392

Employer's Tax I.D. No.:

## NOTICE OF HEARING

   NOTICE IS HEREBY GIVEN that a hearing in said cause shall be held before the Honorable Andrew B. Altenburg Jr. on

Date:                June 16, 2023
Time:               09:00 AM
Location:       Courtroom 4B, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

to consider and act upon the following:

*85* − Certification In Objection to (related document:84 Creditor's Certification of Default (related document:33 Motion for Relief from Stay re: 207 Ava Avenue, Somerdale, NJ. Fee Amount $ 181. filed by Creditor US Bank Cust for PC6 LLC Sterling Natl) filed by Shannon Burrini on behalf of US Bank Cust for PC6 LLC Sterling Natl. Objection deadline is 05/18/2023. (Attachments: # 1 Exhibit Exhibit A # 2 Exhibit Exhibit B # 3 Exhibit Exhibit C # 4 Proposed Order # 5 Certificate of Service) filed by Creditor US Bank Cust for PC6 LLC Sterling Natl) filed by Tamika Nicole Wyche on behalf of Gail Edison. (Wyche, Tamika)

and transact such other business as may properly come before the meeting.


Dated: May 18, 2023
JAN: lgr

                                                           Jeanne Naughton
                                                           Clerk