Form 173 − hrggeneral

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 19−19141−ABA
Chapter: 13
Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
　Gail Edison
　aka Gail Davis, aka Gail T. Edison
　38 Fox Meadow Dr
　Sicklerville, NJ 08081−1140

Social Security No.:
　xxx−xx−6392

Employer's Tax I.D. No.:

## NOTICE OF HEARING

　　NOTICE IS HEREBY GIVEN that a hearing in said cause shall be held before the Honorable Andrew B. Altenburg Jr. on

Date:　　　　　　June 16, 2023
Time:　　　　　　　　09:00 AM
Location:　　　Courtroom 4B, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

to consider and act upon the following:

85 − Certification In Objection to (related document:84 Creditor's Certification of Default (related document:33 Motion for Relief from Stay re: 207 Ava Avenue, Somerdale, NJ. Fee Amount $ 181. filed by Creditor US Bank Cust for PC6 LLC Sterling Natl) filed by Shannon Burrini on behalf of US Bank Cust for PC6 LLC Sterling Natl. Objection deadline is 05/18/2023. (Attachments: # 1 Exhibit Exhibit A # 2 Exhibit Exhibit B # 3 Exhibit Exhibit C # 4 Proposed Order # 5 Certificate of Service) filed by Creditor US Bank Cust for PC6 LLC Sterling Natl) filed by Tamika Nicole Wyche on behalf of Gail Edison. (Wyche, Tamika)

and transact such other business as may properly come before the meeting.


Dated: May 18, 2023
JAN: lgr

　　　　　　　　　　　　　　　　　　　　　　　　　　　Jeanne Naughton
　　　　　　　　　　　　　　　　　　　　　　　　　　　Clerk

United States Bankruptcy Court
District of New Jersey

| | |
|---|---|
| In re: | Case No. 19-19141-ABA |
| Gail Edison | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

District/off: 0312-1  User: admin  Page 1 of 2
Date Rcvd: May 18, 2023  Form ID: 173  Total Noticed: 1

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 20, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | Gail Edison, 38 Fox Meadow Dr, Sicklerville, NJ 08081-1140 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 20, 2023    Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 18, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor U.S. Bank National Association as Trustee, in trust on behalf of J.P. Morgan Mortgage Acquisition Trust 2006-CW2. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Gary C. Zeitz | on behalf of Creditor US Bank Cust for PC6 LLC Sterling Natl gzeitz@zeitzlawfirm.com rzeitz@zeitzlawfirm.com;cdillon@zeitzlawfirm.com |
| Isabel C. Balboa | on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| Isabel C. Balboa | ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| Shannon Burrini | on behalf of Creditor US Bank Cust for PC6 LLC Sterling Natl shannonb@procapllc.onmicrosoft.com |
| Tamika Nicole Wyche | on behalf of Debtor Gail Edison daviddanielslaw@gmail.com 16022@notices.nextchapterbk.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

District/off: 0312-1 | User: admin | Page 2 of 2
Date Rcvd: May 18, 2023 | Form ID: 173 | Total Noticed: 1
TOTAL: 7