| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT <br> DISTRICT OF NEW JERSEY <br><br> **Caption in Compliance with D.N.J. LBR 9004-1(b)** <br> Shannon Burrini, Esq. <br> Pro Capital Management III, LLC <br> 2500 McClellan Ave, Suite 200 <br> Pennsauken, NJ 08109 <br> Tel. 856-528-0467 <br> shannonb@procapllc.com <br> Attorney for Creditor, *PC6 LLC* | Order Filed on November 28, 2023 <br> by Clerk <br> U.S. Bankruptcy Court <br> District of New Jersey |
| In Re: <br><br> GAIL EDISON A/K/A GAIL DAVIS | Case No.:  19-19141 <br> Judge:  Andrew B. Altenburg <br> Chapter:  13 |

### ORDER VACATING AUTOMATIC STAY

The relief set forth on the following page is hereby **ORDERED**.

**DATED: November 28, 2023**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

Upon the certification of default of PC6 LLC, on behalf of itself and its successors and/or assigns (hereinafter collectively "Secured Creditor" and/or "Movant"), under Bankruptcy Code Section 362(d) for relief from the automatic stay as to certain real property as hereinafter set forth, and for good cause shown.

**IT IS ORDERED** as follows:

1. The automatic stay of Bankruptcy Code Section 362(a) is vacated to permit the Movant its successors and/or assigns to constitute or resume and prosecute to conclusion one or more action(s), including, but not limited to, foreclosure and eviction proceedings, in the court(s) or appropriate jurisdiction to foreclose tax sale certificate liens held by the Movant upon the following: Land and premises known as **207 Ava Ave, Somerdale, New Jersey, Block 128.05, Lot 8.**

2. The Movant may join the debtor and any trustee appointed in this case as defendants in its foreclosure action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.