Form 148 − ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 19−19141−ABA
Chapter: 13
Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Gail Edison
   aka Gail Davis, aka Gail T. Edison
   38 Fox Meadow Dr
   Sicklerville, NJ 08081−1140

Social Security No.:
   xxx−xx−6392

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 11/28/23.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within seven (7) days from the date of this Order.

   This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: November 28, 2023
JAN: har

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re:  
Gail Edison  
    Debtor

Case No. 19-19141-ABA  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-1      User: admin      Page 1 of 2  
Date Rcvd: Nov 28, 2023      Form ID: 148      Total Noticed: 19

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 30, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Gail Edison, 38 Fox Meadow Dr, Sicklerville, NJ 08081-1140 |
| 518226919 | | Borough of Somerdale, 105 Kennedy Blvd, Somerdale, NJ 08083-1018 |
| 518226920 | + | CCMUA, 1645 Ferry Ave, Camden, NJ 08104-1360 |
| 518481727 | + | Gloucester Township Municipal, Utilities Authority, Leonard J Wood Esquire, 1250 Chews Landing Road, Laurel Springs NJ 08021-2816 |
| 519905961 | + | PC6, LLC, 2500 McClellan Avenue, Suite 200, Pennsauken, NJ 08109-4613 |
| 519905962 | + | PC6, LLC, 2500 McClellan Avenue, Suite 200, Pennsauken, NJ 08109, PC6, LLC, 2500 McClellan Avenue, Suite 200 Pennsauken, NJ 08109-4613 |
| 518226924 | | Pro Cap 6, LLC Sterling, c/o Gary Zeitz, LLC, 1101 Laurel Oak Rd Ste 170, Voorhees, NJ 08043-4381 |
| 518226926 | | State of N J Higher Education, PO Box 548, Trenton, NJ 08625-0548 |
| 518226927 | | Terrestria HOA, 2 Fox Meadow Dr, Sicklerville, NJ 08081-1140 |
| 518252023 | + | US Bank Cust for PC6 LLC Sterling Natl, Attn Gary C. Zeitz, Esq., 1101 Laurel Oak Road, Suite 170, Voorhees, NJ 08043-4381 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Nov 28 2023 20:54:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Nov 28 2023 20:54:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 518226921 | | Email/Text: bankruptcy@consumerportfolio.com | Nov 28 2023 20:55:00 | Consumer Portfolio Services, PO Box 57071, Irvine, CA 92619-7071 |
| 518226922 | + | Email/Text: tlynch@gtmua.com | Nov 28 2023 20:55:00 | Gloucester Township MUA, PO Box 216, Glendora, NJ 08029-0216 |
| 518226923 | | EDI: IRS.COM | Nov 29 2023 01:41:00 | IRS, PO Box 7346, Philadelphia, PA 19101-7346 |
| 518381381 | | EDI: JEFFERSONCAP.COM | Nov 29 2023 01:41:00 | JEFFERSON CAPITAL SYSTEMS LLC, PO Box 7999, St Cloud MN 56302 |
| 518381382 | | EDI: JEFFERSONCAP.COM | Nov 29 2023 01:41:00 | JEFFERSON CAPITAL SYSTEMS LLC, PO Box 7999, St Cloud MN 56302, JEFFERSON CAPITAL SYSTEMS LLC, PO Box 7999, St Cloud MN 56302 |
| 518226925 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Nov 28 2023 20:55:00 | Select Portfolio Servicing, Inc., PO Box 65250, Salt Lake City, UT 84165-0250 |
| 518349945 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Nov 28 2023 20:55:00 | U.S. Bank National Association, as Trustee Et Al.., c/o Select Portfolio Servicing, P.O. Box 65250, Salt Lake City, UT 84165-0250 |

TOTAL: 9

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a**

**preferred address, or ## out of date forwarding orders with USPS.**
NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 30, 2023     Signature:     /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 28, 2023 at the address(es) listed below:**

**Name**         **Email Address**

Andrew B Finberg
 on behalf of Trustee Andrew B Finberg ecfmail@standingtrustee.com

Andrew B Finberg
 ecfmail@standingtrustee.com

Denise E. Carlon
 on behalf of Creditor U.S. Bank National Association as Trustee, in trust on behalf of J.P. Morgan Mortgage Acquisition Trust 2006-CW2. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

Gary C. Zeitz
 on behalf of Creditor US Bank Cust for PC6 LLC Sterling Natl gzeitz@zeitzlawfirm.com rzeitz@zeitzlawfirm.com;cdillon@zeitzlawfirm.com

Isabel C. Balboa
 on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com summarymail@standingtrustee.com

Shannon Burrini
 on behalf of Creditor US Bank Cust for PC6 LLC Sterling Natl shannonb@procapllc.onmicrosoft.com

Tamika Nicole Wyche
 on behalf of Debtor Gail Edison daviddanielslaw@gmail.com 16022@notices.nextchapterbk.com

U.S. Trustee
 USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 8