Form 177 – fnldec

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

> Case No.: 19–19141–ABA
> Chapter: 13
> Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Gail Edison
  aka Gail Davis, aka Gail T. Edison
  38 Fox Meadow Dr
  Sicklerville, NJ 08081–1140

Social Security No.:
  xxx–xx–6392

Employer's Tax I.D. No.:

## FINAL DECREE

  The estate of the above named debtor(s) has been fully administered.

  If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

  ORDERED that Andrew B Finberg is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.


Dated: January 3, 2024          Andrew B. Altenburg Jr.
                                Judge, United States Bankruptcy Court